UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT, MEG BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESITE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C21-1422 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed Plaintiffs' Notice of Supplemental Authority. (Dkt. No. 17.) Local Rule 7(n) permits the filing of a notice of supplemental authority before the Court rules on a motion provided that the notice identifies "relevant authority issued after the date the party's last brief was filed." Plaintiffs' Notice refers to a California decision from 1970 and 2012 decision from this District. This violates Local Rule 7(n). The Court hereby STRIKES the Notice, and will not consider its contents.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed December 13, 2021.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk

MINUTE ORDER - 2