|  |  |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** |
| ROBERT BENNETT and MEG BENNETT,<br><br>                                Plaintiffs,<br><br>         v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>                                Defendant. | CASE NO. C21-1422 MJP<br><br>ORDER ON STIPULATED MOTION |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial Date and Related Dates. (Dkt. No. 33.) Having reviewed the Motion and the Parties' additional submission of proposed dates, and having held a scheduling conference during which the Parties discussed the Motion, the Court GRANTS in part the Motion and finds good cause to set the following new case deadlines, which does not affect the trial date:

| Event | Current Deadline | New Deadline |
|---|---|---|
| JURY TRIAL DATE | December 5, 2022 | No Change |
| Deadline for joining additional parties | February 7, 2022 | No Change |
| Deadline for filing amended pleadings | February 17, 2022 | No Change |
| Reports from expert witness under FRCP 26(a)(2) due | May 9, 2022 | June 9, 2022 |
| Reports from rebuttal expert witness under FRCP 26(a)(2)(D)(ii) | No deadline set | June 27, 2022 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 8, 2022 | July 25, 2022 |
| Discovery completed by | July 8, 2022 | Aug. 8, 2022 |
| All dispositive motions | August 8, 2022 | Aug. 25, 2022 |
| All motions in limine | October 31, 2022 | No Change |
| Agreed pretrial order due | November 15, 2022 | No Change |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | November 15, 2022 | No Change |
| Pretrial conference | November 22, 2022 at 01:30 PM | No Change |

All other requirements set forth in the Case Schedule Order continue to apply. (See Dkt. No. 21.)

The clerk is ordered to provide copies of this order to all counsel.

Dated April 8, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ON STIPULATED MOTION - 2