UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT and MEG BENNETT,<br><br>                Plaintiffs,<br><br>     v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C21-1422 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's counsel's "Supplemental Declaration" and Defendant's letter to the Court. (Dkt. Nos. 37, 38.) Both filings are procedurally improper and will be disregarded. If either party seeks relief from the Court as outlined in their filings, they must move for relief in full compliance with the Local Rules and they must use the expedited procedure set forth in Local Rule 37(a)(2).

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed April 29, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk