1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT and MEG BENNETT, | CASE NO. C21-1422 MJP |
| Plaintiffs, | ORDER GRANTING MOTION TO CONFIRM APPRAISAL AWARD |
| v. | |
| HOMESITE INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Motion to Confirm Appraisal Award. (Dkt. No. 40.) Having reviewed the Motion and Defendant's response that does not dispute the relief requested (Dkt. No. 42), and all supporting papers, the Court GRANTS the Motion. The Court CONFIRMS the appraisal award. (See Ex. A to the Declaration of Joel Hanson (Dkt. No. 41 at 5-64).)

Separately, the Court strongly encourages the parties to meet and confer before filing any motions in this case. As Defendant's response makes clear, the motion Plaintiffs filed could likely have been resolved by stipulation had Plaintiffs simply asked before hand.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 26, 2022.

Marsha J. Pechman
United States Senior District Judge