Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT, a person, and MEG BENNETT, a person<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>HOMESITE INSURANCE COMPANY, an insurance company<br><br>　　　　　　　　　　Defendant. | NO. 2:21-cv-01422-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE BY ONE WEEK |

This matter comes before the Court on the Parties Stipulated Motion to Continue Discovery Deadline by One Week (Dkt. No. 44 .) Having reviewed the Motion, the Court GRANTS the Stipulated Motion and continues the discovery deadline from August 8, 2022, to August 15, 2022

DATED this 27th day of July, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

---

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DISCOVERY DEADLINE BY ONE WEEK - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7625673.1

*Presented By:*

| | |
|---|---|
| *s/ Eliot M. Harris* | *s/  Joel B. Hanson* |
| Eliot M. Harris, WSBA # 36590 | Joel B. Hanson, WSBA #40814 |
| *s/ Gabrielle K. Lindquist* | **JOEL B. HANSON ATTORNEY AT LAW, PLLC** |
| Gabrielle K. Lindquist, WSBA # 57177 | |
| **WILLIAMS, KASTNER & GIBBS PLLC** | 13540 Lake City Way NE, #120 |
| 601 Union Street, Suite 4100 | Seattle, WA 98125 |
| Seattle, WA 98101-2380 | Cell:    (206) 412-8765 |
| Tel:     (206) 628-6600 | Office:  (206)712-7820 |
| Fax:    (206) 628-6611 | Email: joel@joelhansonlaw.com |
| Email: eharris@williamskastner.com | |
|          glindquist@williamskastner.com | |

**Attorneys for Defendant**　　　　　　　　　**Attorneys for Plaintiffs**
**Homesite Insurance Company**　　　　　　**Robert & Meg Bennett**

---

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DISCOVERY DEADLINE BY ONE WEEK - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7625673.1