Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT, a person, and MEG BENNETT, a person<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HOMESITE INSURANCE COMPANY, an insurance company<br><br>　　　　　　　　　Defendant. | NO. 2:21-cv-01422-MJP<br><br>CORRECTED ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE BY ONE WEEK |

　　　This matter comes before the Court on the Parties Stipulated Motion to Continue Discovery Deadline by One Week (Dkt. No. 44 .)  Having reviewed the Motion, the Court GRANTS the Stipulated Motion and continues the discovery deadline from August 8, 2022 to August 15, 2022 for the sole purpose of allowing the parties sufficient time to take the depositions of Dennis Smith, Ric Holm, and Dallas Kaemerling. For all other discovery matters, the deadline will remain August 8, 2022.

　　　DATED this 27th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE BY ONE WEEK - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7625673.1

United States Senior District Judge

*Presented By:*

s/ Eliot M. Harris
Eliot M. Harris, WSBA # 36590
s/ Gabrielle K. Lindquist
Gabrielle K. Lindquist, WSBA # 57177
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com
         glindquist@williamskastner.com

*Attorneys for Defendant*
*Homesite Insurance Company*

s/   Joel Hanson
Joel B. Hanson, WSBA #40814
**JOEL B. HANSON ATTORNEY AT LAW, PLLC**
13540 Lake City Way NE, #120
Seattle, WA 98125
Cell:    (206) 412-8765
Office:  (206)712-7820
Email: joel@joelhansonlaw.com

*Attorneys for Plaintiffs*
*Robert & Meg Bennett*

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE BY ONE WEEK - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7625673.1