UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT and MEG BENNETT,<br><br>                Plaintiffs,<br><br>    v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C21-1422 MJP<br><br>ORDER ON SECOND MOTION TO CONTINUE THE DISCOVERY DEADLINE |

This matter comes before the Court on the Parties' Second Stipulated Motion to Continue the Discovery Deadline. (Dkt. No. 69.) The Court has reviewed the Motion, finds good cause, and GRANTS the Motion. The Court extends the discovery cutoff to October 1, 2022, but only to allow the parties sufficient time to take the depositions of Dallas Kaemmerling, Dennis Smith, and a continuation of the depositions of Mr. and Mrs. Bennett.

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated September 2, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ON SECOND MOTION TO CONTINUE THE DISCOVERY DEADLINE - 2