UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BENNETT and MEG BENNETT,<br><br>                     Plaintiffs,<br><br>     v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>                     Defendant. | CASE NO. C21-1422 MJP<br><br>ORDER DENYING STIPULATED MOTION TO SEAL WITHOUT PREJUDICE |

This matter comes before the Court on a Stipulated Motion to Seal Plaintiffs' Motion to Compel Homesite to Pay Settlement Funds and related materials. (Dkt. No. 112.) Having reviewed the Stipulated Motion and supporting materials, the Court DENIES the Stipulated Motion without prejudice. First, the Parties fail to identify the applicable legal standard. Second, they fail to provide any evidence to support why the Court should seal the prior filings. At most, the Parties suggest (without a supporting declaration) that unsealing the prior filing could lead to termination of the settlement agreement. This unsupported assertion does not convince the Court

1    that it would be proper to seal the prior filings. To allow the Parties to brief this issue fully, the

2    Court DENIES the motion without prejudice. The Parties may file a new motion to seal

3    (stipulated or otherwise) within 14 days of entry of this Order that addresses the deficiencies

4    noted in this Order. The motion must brief the applicable law and Court rules, and provide

5    evidentiary support for the request. If the Parties do not file a new motion to seal, the Court will

6    Order that the prior filing be unsealed.

7        The clerk is ordered to provide copies of this order to all counsel.

8        Dated December 22, 2022.

                                                                                        Marsha J. Pechman
                                                                                        United States Senior District Judge